CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 2006

JOHN F. CORCORAN, CLERK
BY: _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| COLEMAN LEAKE JOHNSON, JR., | ) | |
| Petitioner, | ) | Civil Action No. 7:06CV00624 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | By: Hon. Norman K. Moon |
| Respondent. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is now

**ORDERED**

that the petitioner's motion for relief under Rule 60(b) of the Federal Rules of Civil Procedure shall be and hereby is **CONSTRUED** as a motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255, and **DISMISSED** without prejudice as successive.

The Clerk is directed to strike the action from the active docket of the court, and send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

**ENTER:** This 30th day of October, 2006.

_____
United States District Judge